```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

ANTHONY & JOYCE ENGOLIA                     CIVIL ACTION

VERSUS                                      NO: 06-8102

HARTFORD INSURANCE CO., ET                  SECTION: "A" (5)
AL.
```

## MEMORANDUM OPINION

The Court has reviewed the parties' memoranda on the issue of whether Louisiana law allows for the recovery of damages for mental distress under the facts alleged. The Court is persuaded by the reasoning employed by Judge Vance in the case of <u>Weiss v. Allstate Insurance Co.</u>, No. 06-3774, 2007 WL 1075921 (E.D. La. Apr. 9, 2007), wherein she found that damages for mental distress are recoverable in conjunction with a violation of La. R.S. 22:1220. Thus, if Plaintiffs can prove a breach of La. R.S. 22:1220, then Plaintiffs can recover damages for the mental distress that they can causally link to such a breach.

* * * * * * *

*[signature: Jay C. Zainey]*

1